# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY SEAN McNALLY,** | ) NO. CV 16-8572-CJC (KS) |
| Petitioner, | ) |
| v. | ) **ORDER ACCEPTING INTERIM FINDINGS** |
| | ) **AND RECOMMENDATIONS OF UNITED** |
| **SCOTT FRAUENHEIM, Warden,** | ) **STATES MAGISTRATE JUDGE** |
| Respondent. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all the records herein, Respondent's Motion to Dismiss the Petition ("Motion"), the parties' related briefing, the June 25, 2018 Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

//

//

//

1

Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss is GRANTED in part and DENIED in part; (2) Ground Seven in the Petition is dismissed with prejudice; and (3) Judgment shall be entered dismissing this action without prejudice unless, within thirty days of the service of this Order, Petitioner files a Notice of Voluntary Dismissal as to the unexhausted claims in Grounds Eleven, Twelve, Fourteen, Fifteen, and Sixteen and proceeds solely on the exhausted claims in Grounds One to Six, Eight, Nine, Ten, and Thirteen.

DATED: August 17, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE