JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY SEAN McNALLY, | ) | NO. CV 16-8572-CJC (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SCOTT FRAUENHEIM, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 2, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE